Paul L. Gale (SBN 065873)
paul.gale@troutmansanders.com
TROUTMAN SANDERS LLP
5 Park Plaza, Suite 1400
Irvine, CA 92614-2545
Telephone: 949.622.2700
Facsimile: 949.622.2739

Attorneys for Defendants
KMART CORPORATION and
BIG LOTS, INC.

John P. Costello (SBN 16111)
COSTELLO LAW CORPORATION
331 J Street, Suite 200
Sacramento, CA 95814
Telephone: 916.441.2234
Facsimile: 916.441.4254

Attorneys for Plaintiffs
SOFPOOL LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| SOFPOOL LLC, a limited liability company,<br><br>            Plaintiff,<br><br>     v.<br><br>KMART CORPORATION, a Michigan corporation, and BIG LOTS, INC., an Ohio corporation,<br><br>            Defendants. | Case No. CV 10-03333 LKK (JFMx)<br><br>Hon. Lawrence K. Karlton<br><br>**ORDER GRANTING STIPULATION TO CONTINUE THE FEBRUARY 7, 2011 STATUS CONFERENCE** |
|---|---|

1061184v1

[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE STATUS CONFERENCE

Upon consideration of the stipulation to continue the status conference, and good cause appearing therefor:

IT IS SO ORDERED THAT:

The status conference scheduled for February 7, 2011 shall be continued to March 7, 2011 at 2:00 p.m.  The parties are reminded of their obligation to file status reports fourteen (14) days prior to the status conference.

DATED:  January 11, 2011.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

1061184v1

- 1 -

[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE STATUS CONFERENCE