1  Jack Slobodin, Esq. (CA State Bar No. 34203)
   **LAW OFFICE OF JACK SLOBODIN**
2  3527 MT Diablo Blvd., #280
   Lafayette, CA 94549
3  Telephone:  (510) 847-9986

4  John P. Costello. Esq. (CA State Bar No. 161511)
   **COSTELLO LAW CORPORATION**
5  331 J Street, Suite 200
   Sacramento, CA 95814
6  Telephone: (916) 441-2234
   Facsimile:  (916) 441-4254
7

8  *Attorneys for Plaintiff*
   *SOFPOOL LLC*

9

10                         UNITED STATES DISTRICT COURT

11                         EASTERN DISTRICT OF CALIFORNIA

12

13 | SOFPOOL LLC, a California Limited Liability Company, | Case No. 2:10-CV-03333-LKK (JFM) |
   |---|---|
   | Plaintiff, vs. | **STIPULATION TO WAIVE PERSONAL SERVICE OF FIRST AMENDED COMPLAINT ON BIG LOTS STORES, INC.; ORDER THEREON** |
   | KMART CORPORATION, a Michigan Corporation, BIG LOTS, INC., an Ohio Corporation and BIG LOTS STORES, INC., an Ohio Corporation | |
   | Defendants. | JURY TRIAL DEMANDED |
   | | Honorable Lawrence K. Karlton |
   | KMART CORPORATION, a Michigan Corporation, and BIG LOTS, INC., an Ohio Corporation, | |
   | Counterclaimants, vs. | |
   | SOFPOOL LLC, a California Limited Liability Company, | |
   | Counterdefendant. | |

Plaintiff Sofpool LLC, a California Limited Liability Company ("Plaintiff") and Defendants Kmart Corporation, a Michigan Corporation, Big Lots, Inc., an Ohio Corporation and Big Lots Stores, Inc., an Ohio Corporation ("Defendants") by and through their counsel, stipulate and agree as follows:

1. Defendants have agreed to waive personal service on Big Lots Stores, Inc., of the First Amended Complaint, filed and electronically served on counsel for all Defendants on March 31, 2011 (Document 24).

2. Defendants have until Monday, May 2, 2011 to answer the First Amended Complaint.

3. By entering into this stipulation, neither of the parties limits or waives in any way their rights, claims or defenses, all of which are expressly reserved.

DATED: April 4, 2011                         **COSTELLO LAW CORPORATION**

                                             By:   /s/John P. Costello
                                                   JOHN P. COSTELLO
                                                   Attorney for Plaintiff

DATED: April 4, 2011                         **TROUTMAN SANDERS LLP**

                                             By:   /s/Paul L. Gale
                                                   PAUL L. GALE
                                                   Attorneys for Defendants

**IT IS SO ORDERED**

DATED: April 6, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT