IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SOFPOOL, LLC.,

        Plaintiff,     No. CIV 2:10-cv-3333-LKK-JFM

   vs.

KMART CORPORATION, *et al.*,

        Defendants.     <u>ORDER</u>

_____/

        On June 3, 2011, the parties filed a "Stipulation for 30-Day Extension to Respond to Written Discovery." Therein, plaintiff agreed to stipulate to defendants' request for an extension of time to respond to plaintiff's Requests for Production of Documents and Interrogatories. Pursuant to Local Rule 144(a), IT IS HEREBY ORDERED that defendants' responses to plaintiff's Requests for Production of Documents and Interrogatories are due on or before July 13, 2011.

DATED: June 9, 2011.

                                          UNITED STATES MAGISTRATE JUDGE

/014;sofp333.stip