1  PAUL L. GALE (SBN 065873)
   paul.gale@troutmansanders.com
2  SIAVASH DANIEL RASHTIAN (SBN 228644)
   daniel.rashtian@troutmansanders.com
3  TROUTMAN SANDERS LLP
   5 Park Plaza, Suite 1400
4  Irvine, CA  92614-2545
   Telephone:     949.622.2700
5  Facsimile:     949.622.2739

6  *Attorneys for Defendants KMART CORPORATION
   and BIG LOTS STORES, INC.*
7
   John P. Costello (SBN 16111)
8  COSTELLO LAW CORPORATION
   331 J Street, Suite 200
9  Sacramento, CA 95814
   Telephone:     916.441.2234
10 Facsimile:     916.441.4254

11 *Attorneys for Plaintiff
   SOFPOOL LLC*
12

13                 UNITED STATES DISTRICT COURT

14                 EASTERN DISTRICT OF CALIFORNIA

15                        SACRAMENTO DIVISION

16

17 | SOFPOOL LLC, a limited liability company, | Case No.  CV 10-03333 LKK (JFMx) |
   |---|---|
   | Plaintiff, | Hon. Lawrence K. Karlton |
   | v. | **ORDER GRANTING STIPULATION TO SET BRIEFING SCHEDULING ON CROSS MOTIONS FOR SUMMARY JUDGMENT** |
   | KMART CORPORATION, a Michigan Corporation, BIG LOTS, INC., an Ohio Corporation, and BIG LOTS STORES, INC., an Ohio Corporation, | |
   | Defendants. | |
   | AND RELATED COUNTERCLAIMS. | |

[PROPOSED] ORDER GRANTING STIPULATION TO SET BRIEFING SCHEDULING ON CROSS MOTIONS
FOR SUMMARY JUDGMENT

1137552v1

Upon consideration of the stipulation to set a briefing schedule on cross motions for summary judgment, and good cause appearing therefore:

IT IS SO ORDERED THAT:

- Defendants will file their Motion for Summary Judgment on April 13, 2012;
- Defendants' opposition to Sofpool's previously filed Motion for Partial Summary Judgment will be due April 17, 2012;
- Sofpool's opposition to Defendants' Motion for Summary Judgment will be due May 1, 2012;
- Sofpool's and Defendants' replies will both be due May 11, 2012;
- Sofpool's Motion for Partial Summary Judgment and Defendants' Motion for Summary Judgment shall be both heard on May 21, 2012 at 10:00 a.m. in Courtroom 4.

DATED:  March 27, 2012.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

- 1 -
[PROPOSED] ORDER GRANTING STIPULATION TO SET BRIEFING SCHEDULING ON CROSS MOTIONS FOR SUMMARY JUDGMENT

1137552v1