1  PAUL L. GALE (SBN 065873)
   paul.gale@troutmansanders.com
2  SIAVASH DANIEL RASHTIAN (SBN 228644)
   daniel.rashtian@troutmansanders.com
3  TROUTMAN SANDERS LLP
   5 Park Plaza, Suite 1400
4  Irvine, CA  92614-2545
   Telephone:   949.622.2700
5  Facsimile:    949.622.2739

6  *Attorneys for Defendants KMART CORPORATION
   and BIG LOTS STORES, INC.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SOFPOOL LLC, a limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>KMART CORPORATION, a Michigan Corporation, BIG LOTS, INC., an Ohio Corporation, and BIG LOTS STORES, INC., an Ohio Corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No.  CV 10-03333 LKK (JFM)<br><br>Hon. Lawrence K. Karlton<br><br>**ORDER GRANTING DEFENDANTS'** ***EX PARTE*** **APPLICATION FOR PAGE LIMIT EXTENSION FOR MOTION FOR SUMMARY JUDGMENT** |

The Court has reviewed Defendants Kmart Corporation and Big Lots Stores, Inc.'s ("Defendants") *ex parte* application for an order permitting Defendants to file a memorandum in support of their motion for summary judgment that is in excess of thirty pages when certain drawings and images are incorporated. After reviewing the *ex parte* application, the Declaration of Paul L. Gale, and the records and pleadings on file, and good cause appearing therefor, the Court GRANTS the application and hereby permits Defendants to file a memorandum in support of their motion for summary judgment that does not exceed 40 pages when images are incorporated, but which does not exceed 30 pages without such images.

IT IS SO ORDERED

Dated: April 11, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

- 1 -
[PROPOSED] ORDER GRANTING DEFENDANTS' *EX PARTE* APPLICATION FOR PAGE LIMIT EXTENSION FOR MOTION FOR SUMMARY JUDGMENT
1138989v1