1 | Jack Slobodin, Esq. (CA State Bar No. 34203)
**LAW OFFICE OF JACK SLOBODIN**
2 | 3527 MT Diablo Blvd., #280
Lafayette, CA 94549
3 | Telephone:  (510) 847-9986

4 | John P. Costello. Esq. (CA State Bar No. 161511)
**COSTELLO LAW CORPORATION**
5 | 331 J Street, Suite 200
Sacramento, CA 95814
6 | Telephone: (916) 441-2234
Facsimile:  (916) 441-4254
7 |

8 | *Attorneys for Plaintiff*
*SOFPOOL LLC*

9 |

10 | UNITED STATES DISTRICT COURT

11 | EASTERN DISTRICT OF CALIFORNIA

12 |

| | |
|---|---|
| SOFPOOL LLC, a Limited Liability Company, | Case No. 2:10-CV-03333-LKK (JMF) |
| Plaintiff, | **ORDER TO VACATE AND RESCHEDULE THE FINAL PRETRIAL CONFERENCE AND RELATED DEADLINES** |
| vs. | |
| KMART CORPORATION, a Michigan Corporation, and BIG LOTS, INC., an Ohio Corporation | |
| Defendants. | JURY TRIAL DEMANDED |
| KMART CORPORATION, a Michigan Corporation, and BIG LOTS, INC., an Ohio Corporation, | Honorable Lawrence K. Karlton |
| Counterclaimants, | |
| vs. | |
| SOFPOOL LLC, Limited Liability Company, | |
| Counterdefendant. | |

27 | / / /

28 | / / /

[PROPOSED] ORDER

20055164v1

Upon consideration of the joint stipulation to vacate and reschedule the final pretrial conference and related deadlines, and good cause appearing therefor:

IT IS ORDERED THAT:

The Markman hearing is continued to August 8, 2012 at 10:00 a.m. The pretrial and trial dates are vacated, to be reset upon resolution of the Markman hearing.

IT IS SO ORDERED.

DATED: July 24, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT