Jack Slobodin, Esq. (CA State Bar No. 34203)
**LAW OFFICE OF JACK SLOBODIN**
3527 MT Diablo Blvd., #280
Lafayette, CA 94549
Telephone:  (510) 847-9986

John P. Costello. Esq. (CA State Bar No. 161511)
**COSTELLO LAW CORPORATION**
331 J Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 441-2234
Facsimile:  (916) 441-4254

*Attorneys for Plaintiff*
*SOFPOOL LLC*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOFPOOL LLC, a Limited Liability Company,<br><br>    Plaintiff,<br>vs.<br><br>KMART CORPORATION, a Michigan Corporation, and BIG LOTS, INC., an Ohio Corporation<br><br>    Defendants.<br><br>KMART CORPORATION, a Michigan Corporation, and BIG LOTS, INC., an Ohio Corporation,<br><br>    Counterclaimants,<br><br>vs.<br><br>SOFPOOL LLC, Limited Liability Company,<br><br>    Counterdefendant. | Case No. 2:10-CV-03333-LKK (JMF)<br><br>**ORDER TO VACATE AND RESCHEDULE THE FINAL PRETRIAL CONFERENCE AND RELATED DEADLINES**<br><br>JURY TRIAL DEMANDED<br><br>Honorable Lawrence K. Karlton |

/ / /

/ / /

[PROPOSED] ORDER

20055164v1

1  Upon consideration of the joint stipulation to vacate and reschedule the final pretrial
2  conference and related deadlines, and good cause appearing therefor:

3  IT IS ORDERED THAT:

4  The Markman hearing is continued to August 8, 2012 at 10:00 a.m. The pretrial and trial
5  dates are vacated, to be reset upon resolution of the Markman hearing.

6  IT IS SO ORDERED.

7  DATED:  July 24, 2012.

```
_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT
```