1  PAUL L. GALE (SBN 065873)
   paul.gale@troutmansanders.com
2  SIAVASH DANIEL RASHTIAN (SBN 228644)
   daniel.rashtian@troutmansanders.com
3  TROUTMAN SANDERS LLP
   5 Park Plaza, Suite 1400
4  Irvine, CA  92614-2545
   Telephone:    949.622.2700
5  Facsimile:    949.622.2739

6  *Attorneys for Defendants KMART CORPORATION
   and BIG LOTS STORES, INC.*

7
   John P. Costello (SBN 16111)
8  COSTELLO LAW CORPORATION
   331 J Street, Suite 200
9  Sacramento, CA 95814
   Telephone:    916.441.2234
10 Facsimile:    916.441.4254

11 *Attorneys for Plaintiff
   SOFPOOL LLC*

12
13                UNITED STATES DISTRICT COURT
14                EASTERN DISTRICT OF CALIFORNIA
15                     SACRAMENTO DIVISION
16

| 17 SOFPOOL LLC, a limited liability company, | Case No.  CV 10-03333 LKK (JFMx) |
|---|---|
| 18  Plaintiff, | Hon. Lawrence K. Karlton |
| 19  v. | **JOINT STIPULATION AND ORDER FOR PAGE LIMIT EXTENSION FOR MOTIONS FOR SUMMARY JUDGMENT** |
| 20 KMART CORPORATION, a Michigan Corporation, BIG LOTS, INC., an Ohio Corporation, and BIG LOTS STORES, INC., an Ohio Corporation, | |
| 23  Defendants. | |
| 24 AND RELATED COUNTERCLAIMS. | |

26
27
28
   20106121v1

JOINT STIPULATION AND [PROPOSED] ORDER FOR PAGE LIMIT EXTENSION FOR
MOTIONS FOR SUMMARY JUDGMENT

1  WHEREAS, Plaintiff Sofpool, LLC ("Plaintiff") and Defendants Kmart Corporation
2  ("Kmart") and Big Lots Stores, Inc. ("Big Lots") (Kmart and Big Lots will collectively be
3  referred to as "Defendants") will be filing motions for summary judgment on or before September
4  27, 2012;

6  WHEREAS, Pursuant to the Court's Pre-Trial Order (Dkt. 23), "[u]nless prior permission
7  has been granted, memoranda of law in support and in opposition to motions are limited to thirty
8  (30) pages . . . ."  (Dkt. 23 at 3:26 – 4:2.)

10  WHEREAS, this is a design patent infringement case that involves comparisons of patent
11  drawings, the accused product, and the prior art.  Plaintiff and Defendants wish to incorporate
12  certain images and drawings into the memorandum in support of their motions for summary
13  judgment to provide context to the written words and to make it easier to read.  However,
14  incorporating these images causes the memorandum to exceed 30 pages.  This is not due to long-
15  windedness.  As the motions are based on two independent grounds (non-infringement and patent
16  invalidity), the memorandum requires two separate analyses.  The written part of Plaintiff's and
17  Defendants' memorandum (*i.e.* without the images) will not exceed the usual 30 page limit.

19  WHEREAS, Plaintiff and Defendants believe that incorporating the images will assist the
20  Court in considering the issues.  As the Court's Pre-Trial Conference Order requires prior
21  permission to file a memorandum in excess of 30 pages and Plaintiff and Defendants cannot
22  obtain such permission by regular motion on regular time before their motions are due, Plaintiff
23  and Defendants respectfully request this permission via this stipulation.

25  WHEREAS, the Plaintiff and Defendants have agreed that each should have a page limit
26  extension to 40 pages or less when images are incorporated, but which does not exceed 30 pages
27  without such images.

1  NOW THEREFORE, Plaintiff and Defendants, by and through their respective counsel,
2  hereby stipulate and agree to a 40 page limit or less when images are incorporated, but which
3  does not exceed 30 pages without such images, subject to the Court's approval.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated:  September 13, 2012          TROUTMAN SANDERS LLP

                                    By: /s/  Paul L. Gale
                                        Paul L. Gale

                                    *Attorneys for Defendants*
                                    *KMART CORPORATION and BIG LOTS*
                                    *STORES, INC.*

Dated:  September 13, 2012          COSTELLO LAW CORPORATION

                                    By: /s/ John P. Costello
                                        John P. Costello

                                    *Attorneys for Plaintiff*
                                    *SOFPOOL, LLC*

**PURSUANT TO PARTIES' STIPULATION, IT IS SO ORDERED.**

DATED: September 17, 2012

                                    _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT