```
                    UNITED STATES DISTRICT COURT

                 FOR THE EASTERN DISTRICT OF CALIFORNIA


SOFPOOL LLC, a Limited
Liability Company,
                                         NO. CIV. S-10-3333 LKK/JFM

         Plaintiff,

    v.

KMART CORPORATION, a
Michigan Corporation, and
BIG LOTS, INC., an Ohio                        O R D E R
Corporation,


         Defendants.
_____/
```

The parties have noticed cross-motions for summary judgment in this patent infringement matter.  To allow for sufficient hearing time on these complex motions, the hearing, currently scheduled for Monday, November 5, 2012, is hereby **RE-SCHEDULED** and **SPECIALLY SET** for Friday, November 16, 2012 at 10:00 a.m.

   IT IS SO ORDERED.

   DATED: October 29, 2012.

                                         /s/ Lawrence K. Karlton
                                         _____
                                         LAWRENCE K. KARLTON
                                         SENIOR JUDGE
                                         UNITED STATES DISTRICT COURT