UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SOFPOOL LLC, a Limited Liability Company,

        NO. CIV. S-10-3333 LKK/JFM

    Plaintiff,

  v.

KMART CORPORATION, a Michigan Corporation, and BIG LOTS, INC., an Ohio Corporation,

        O R D E R

    Defendants.
_____/

    The parties have noticed cross-motions for summary judgment in this patent infringement matter.  To allow for sufficient hearing time on these complex motions, the hearing, currently scheduled for Monday, November 5, 2012, is hereby **RE-SCHEDULED** and **SPECIALLY SET** for Friday, November 16, 2012 at 10:00 a.m.

    IT IS SO ORDERED.

    DATED:   October 29, 2012.

                            LAWRENCE K. KARLTON
                            SENIOR JUDGE
                            UNITED STATES DISTRICT COURT