1  PAUL L. GALE (SBN 065873)
   paul.gale@troutmansanders.com
2  SIAVASH DANIEL RASHTIAN (SBN 228644)
   daniel.rashtian@troutmansanders.com
3  TROUTMAN SANDERS LLP
   5 Park Plaza, Suite 1400
4  Irvine, CA  92614-2545
   Telephone:   949.622.2700
5  Facsimile:   949.622.2739

6  *Attorneys for Defendants KMART CORPORATION
   and BIG LOTS STORES, INC.*

7

   John P. Costello (SBN 16111)
8  COSTELLO LAW CORPORATION
   331 J Street, Suite 200
9  Sacramento, CA 95814
   Telephone:   916.441.2234
10 Facsimile:   916.441.4254

11 *Attorneys for Plaintiff
   SOFPOOL LLC*

12

13                    UNITED STATES DISTRICT COURT

14                   EASTERN DISTRICT OF CALIFORNIA

15                         SACRAMENTO DIVISION

16

| 17 | SOFPOOL LLC, a limited liability company, | Case No.  CV 10-03333 LKK (JFMx) |
|---|---|---|
| 18 |  | Hon. Lawrence K. Karlton |
| 19 | Plaintiff, | **ORDER GRANTING STIPULATION TO CONTINUE NOVEMBER 16, 2012 HEARING ON MOTIONS FOR SUMMARY JUDGMENT** |
| 20 | v. |  |
| 21 | KMART CORPORATION, a Michigan Corporation, BIG LOTS, INC., an Ohio Corporation, and BIG LOTS STORES, |  |
| 22 | INC., an Ohio Corporation, |  |
| 23 | Defendants. |  |
| 24 |  |  |
| 25 | AND RELATED COUNTERCLAIMS. |  |

20187092v1

[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE NOVEMBER 16, 2012 HEARING ON
MOTIONS FOR SUMMARY JUDGMENT

1  Upon consideration of the Joint Stipulation for Order Continuing the November 16, 2012
2  Hearing on Motions for Summary Judgment,
3  IT IS SO ORDERED THAT:
4  The hearing on Plaintiff's and Defendants' motions for summary judgment is continued
5  from November 16, 2012 to Friday, December 21, 2012 at 10:00 a.m.

DATED:  November 13, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

20187092v1

- 1 -

[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE NOVEMBER 16, 2012 HEARING ON MOTIONS FOR SUMMARY JUDGMENT