John P. Costello. Esq. (CA State Bar No. 161511)
**COSTELLO LAW CORPORATION**
331 J Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 441-2234
Facsimile:  (916) 441-4254

*Attorneys for Plaintiff*
*SOFPOOL LLC*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOFPOOL LLC, a Limited Liability Company, | Case No. 2:10-CV-03333-LKK (JMF) |
| Plaintiff, | **STIPULATION AND ORDER REGARDING COSTS AND FINAL SETTLEMENT** |
| vs. | |
| KMART CORPORATION, a Michigan Corporation, and BIG LOTS, INC., an Ohio Corporation | |
| Defendants. | Honorable Lawrence K. Karlton |
| KMART CORPORATION, a Michigan Corporation, and BIG LOTS, INC., an Ohio Corporation, | |
| Counterclaimants, | |
| vs. | |
| SOFPOOL LLC, Limited Liability Company, | |
| Counterdefendant. | |

1      NOW THEREFORE, IT IS HEREBY STIPULATED, by and between the parties hereto,
2 through their respective counsel, pending approval by this Court,

3      The judgment of the Court of Appeals for the Federal Circuit in this matter was entered on
4 January 17, 2014 (Document No. 102).  The Court of Appeals affirmed the decision of the District
5 Court and none of the relief sought by Plaintiff Sofpool was granted.

6      As prevailing party, Defendants Kmart Corporation and Big Lots, Inc. are entitled to the
7 costs outlined in their Bill of Costs filed in this District Court on June 12, 2013 (Document No. 95)
8 and filed in the Court of Appeals for the Federal Circuit on January 30, 2014 (Document No. 49-1).

9      The District Court Bill of Costs total was $11,733.28 and the Court of Appeals Bill of Costs
10 total was $284.00.  The combined total of the Bills of Costs amounted to $12,017.28.

11     Counsel for the respective parties have met and conferred and have agreed to stipulate to an
12 amount of $9,000.00 in full satisfaction of the outstanding Bills of Costs.

13     Plaintiff Sofpool agrees to deliver a check to Defendants' attorneys in an amount of
14 $9,000.00 by February 28, 2014.  It is agreed between the parties that successful negotiation of
15 Plaintiff's check will terminate all outstanding matters of any sort between the parties, effectively
16 ending this case.

17     PURSUANT TO THIS STIPULATION, IT IS ORDERED that this Court shall have
18 continuing jurisdiction to enforce this Order and the terms of the Settlement herein; and

19     IT IS FURTHER ORDERED that this case is hereby DISMISSED with prejudice.

20 DATED:  February 14, 2014          **COSTELLO LAW CORPORATION**

21                                    By:        /s/ John P. Costello
22                                         JOHN P. COSTELLO
                                            Attorney for Plaintiff
23                                          Sofpool, Inc.

24 DATED:  February 14, 2014          **TROUTMAN SANDERS, LLP**

25                                    By:        /s/ Paul L. Gale
26                                         PAUL L. GALE
                                            Attorney for Defendants
27                                          Kmart Corporation & Big Lots Stores, Inc

28

1  PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

2

3  DATED: February 20, 2014

```
                          _____
                          LAWRENCE K. KARLTON
                          SENIOR JUDGE
                          UNITED STATES DISTRICT COURT
```